**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> EP LIQUIDATION, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 14-10359 (CSS) |
| CHARLES A. STANZIALE, JR., solely in his capacity as the Chapter 7 Trustee of EP Liquidation, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KUEHNE + NAGEL INC. and KUEHNE + NAGEL SERVICES LTD., <br><br> Defendants. | Adv. Pro. No. 16-50075 (CSS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Mark T. Hurford, Esquire enters his appearance as counsel for Kuehne + Nagel Inc. and Kuehne + Nagel Services Ltd., in substitution of Ayesha Chacko Bennett, Esquire whose appearance is hereby withdrawn.

PLEASE TAKE NOTICE THAT Ayesha Chacko Bennett, Esquire requests that parties in interest remove her from the mailing matrix in this adversary case.

DATE: June 1, 2017

| | |
|---|---|
| **CAMPBELL & LEVINE, LLC** | **CAMPBELL & LEVINE, LLC** |
| */s/ Ayesha Chacko Bennett* <br> Ayesha Chacko Bennett, Esq. (DE 4994) <br> 222 Delaware Avenue, Suite 1620 <br> Wilmington, DE 19809 <br> (302) 426-1900 <br> (302) 426-9947 (fax) <br> abennett@camlev.com | /s/ *Mark T. Hurford* <br> Mark T. Hurford, Esq. (DE 3299) <br> 222 Delaware Avenue, Suite 1620 <br> Wilmington, DE 19809 <br> (302) 426-1900 <br> (302) 426-9947 (fax) <br> mhurford@camlev.com <br> *Counsel to Kuehne + Nagel Inc. and Kuehne + Nagel Services Ltd.* |

{C0422354.1 }